USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1ST AMENDMENT PRAETORIAN,

Plaintiff,

-against-

THE NEW YORK TIMES COMPANY,
and ALAN FEUER,

Defendants.

23-cv-12 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' letters regarding Defendants' contemplated motion to dismiss this case [ECF Nos. 8, 9].  Based on the Court's careful review of the parties' thorough letters, a pre-motion conference is not necessary.

IT IS HEREBY ORDERED that, by June 29, 2023, Plaintiff shall file a letter informing the Court and Defendants whether Plaintiff intends to file an amended complaint.  **This will be Plaintiff's last opportunity to amend in response to any issue raised in the parties' pre-motion letters.**

IT IS FURTHER ORDERED that, if Plaintiff elects to amend, it shall file the amended complaint by July 6, 2023.  Defendants shall respond within 14 days.  If Defendants respond with a motion to dismiss, further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

IT IS FURTHER ORDERED that, if Plaintiff elects not to amend, Defendants shall file their contemplated motion by July 13, 2023.  Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

The Clerk of Court respectfully is requested to terminate the letter motion pending at docket entry 8.

**SO ORDERED.**

**Date:  June 22, 2023**
       **New York, NY**

                                       **MARY KAY VYSKOCIL**
                                       **United States District Judge**