

**HANDEL &
CARLINI,**LLP
ATTORNEYS AT LAW
WWW.HANDELCARLINI.COM

P 845.454.2221
F 845.297.2250

MAIN OFFICE
(RESPOND HERE)
1984 NEW HACKENSACK RD
POUGHKEEPSIE, NY 12603

WAPPINGERS OFFICE
62A EAST MAIN STREET
WAPPINGERS FALLS, NY 12590

POUGHKEEPSIE OFFICE
POUGHKEEPSIE JOURNAL
BUILDING
85 CIVIC CENTER PLAZA
SUITE 201A
POUGHKEEPSIE, NY 12601

NEWBURGH OFFICE
372 FULLERTON AVE
UPPER LEVEL
NEWBURGH, NY 12550

June 29, 2023

**VIA CM/ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:**    **1st Amendment Praetorian v. The New York Times Company
Case 1:23-cv-00012-MKV**

Dear Judge Vyskocil:

Steven S. Biss and I represent Plaintiff, 1st Amendment Praetorian ("1AP"), in this matter.

Pursuant to the Court's Scheduling Oder [*ECF No. 10*], this letter informs the Court and Defendants that Plaintiff intends to file an amended complaint in this action on or before July 6, 2023.

Yours very truly,

**HANDEL & CARLINI, LLP**

By:_____
       Anthony C. Carlini, Jr., Esq.

cc.    1st Amendment Praetorian
       Steven S. Biss, Esq.
       Counsel of Record (via CM/ECF)



ANTHONY C. CARLINI, JR.
ANTHONY@HANDELCARLINI.COM