IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

1ST AMENDMENT PRAETORIAN,

                Plaintiff,   **ORDER TO SHOW CAUSE**

  -against-   Case No.: 1:23-cv-00012

THE NEW YORK TIMES COMPANY

-and-

ALAN FEUER,

                Defendant.
---------------------------------------------------------X

      Upon the annexed affidavit of Anthony C. Carlini, Jr. Esq. sworn to on December 20, 2023, and upon all of the pleadings and proceedings previously had herein, it is hereby:

**ORDERED** that Plaintiff 1ST Amendment Praetorian show cause before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States District Court, 500 Pearl Street, Courtroom 18C, New York, NY 10007 on the ____ day of _____, 2023 at 9:30 am or as soon thereafter as counsel can be heard, why an order should not be made and entered allowing the law firm of Handel & Carlini, LLP to withdraw from representing 1st Amendment Praetorian in this action; and it is further

**ORDERED** that the service of a copy of this Order to Show Cause, together with the papers upon which it is granted, be served upon 1st Amendment Praetorian by overnight mail at 651 N. Broad Street, Suite 201, Middletown, DE 19709 on or before the ____ day of _____, 2023, shall be deemed good and sufficient service; and it is further

**ORDERED** that 1st Amendment Praetorian serve answering papers, if any, by overnight mail upon Handel & Carlini, LLP at 1984 New Hackensack Road, Poughkeepsie, New York, 12603 on or before _____, 2023 and it is further;

**ORDERED** that Handel & Carlini, LLP shall serve its reply papers, if any by overnight mail on or before _____.

                              E N T E R :

                            _____
                            Honorable Mary Kay Vyskocil
                            United States District Judge