# EXHIBIT 7

### Tweet

**Alan Feuer**
@alanfeuer

NEW: Federal prosecutors and congressional investigators have homed in on how a tweet by Donald Trump was a crucial call to action to far-right extremist groups that stormed the Capitol on Jan. 6 w/ @nytmike & @lukebroadwater



nytimes.com
New Focus on How a Trump Tweet Incited Far-Right Groups Ahead of Jan. 6 (…
Federal prosecutors and congressional investigators are documenting how the former president's "Be there, will be wild!" post became a catalyst for militan…

5:18 AM · Mar 29, 2022

**198** Retweets   **7** Quotes   **576** Likes   **7** Bookmarks

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up