**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
1st AMENDMENT PRAETORIAN,

                        Plaintiff,

    -against-                                  23 **CIVIL** 00012 (MKV)

                                                  **JUDGMENT**

THE NEW YORK TIMES COMPANY and ALAN
FEUER,,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 28, 2025, Defendants' motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED.  Accordingly, the Court finds that granting Plaintiff leave to amend here would be futile. See Chunn v. Amtrak, 916 F.3d 204, 208 (2d Cir. 2019) (citing Tocker v. Philip Morris Cos., Inc., 470 F.3d 481, 491 (2d Cir. 2006)). For the reasons set forth, the case is closed.

**Dated:**  New York, New York

      March 28, 2025

                                                  **TAMMI M HELLWIG**
                                                   **Clerk of Court**

                               **BY:**
                                                _____
                                                      **Deputy Clerk**